

# Brighthouse FINANCIAL

## Life Insurance Absolute Assignment

**INSTRUCTIONS:**
Use this form to name a new Absolute Assignee (Owner). An Absolute Assignee is entitled to exercise all ownership rights and receive the death benefit. Do not use this form for Annuities. Complete this form in its entirety to avoid any delays in processing. If you need assistance in completing this form, please call your representative, sales office, or the appropriate number listed under How to Submit this Form.

befd66e9-0aed-40f7-b0b1-1d0e5e5aff67

The Company indicated in this section is referred to as **"the Company."**
☐ New England Life Insurance Company
☒ Brighthouse Life Insurance Company
☐ Brighthouse Life Insurance Company of NY

**Policy Number(s):** (1) 7447253    (2) _____    (3) _____    (4) _____

### SECTION I - About the Insured

First Name: John
Middle Name: P
Last Name: Utsick

Permanent Address: c/o Akerman, LLP 201 East Las Olas Blvd., Ste. 1800
City: Fort Lauderdale
State: FL
Zip: 33301

Social Security Number: ▓▓▓▓▓
Phone Number: Akerman, LLP, receiver phone 954-463-2700
Date of Birth: ▓▓▓▓▓

### SECTION II - About the Assignment — Complete either Assignment Type A, B or C

Optional Information: This Assignment is being made ☐ as a gift  ☐ for value received
Note - If the policy is transferred for value, a portion of the death proceeds may be subject to income taxes.

☐ **TYPE A: Assignment to One or More Individuals**

| First Name | Middle Name | Last Name | Relationship to Insured | Social Security No. | Date of Birth | % if Not Equal* |
|---|---|---|---|---|---|---|
| | | | | | | |
| Permanent Address | | City | State | Zip | Country of Citizenship | Phone Number |
| | | | | | | |
| First Name | Middle Name | Last Name | Relationship to Insured | Social Security No. | Date of Birth | % if Not Equal* |
| | | | | | | |
| Permanent Address | | City | State | Zip | Country of Citizenship | Phone Number |
| | | | | | | |
| First Name | Middle Name | Last Name | Relationship to Insured | Social Security No. | Date of Birth | % if Not Equal* |
| | | | | | | |
| Permanent Address | | City | State | Zip | Country of Citizenship | Phone Number |

*Total must equal 100%

Owner Initial Here: JV    Date: 5/11/2021

Page **1** of **4**

LA-ABSOLUTEASGN-B (05/18)    Fs-B

**If a Single Assignee is Named:** at the death of the Assignee, the Assignee's estate becomes both Owner and Beneficiary unless subsequent forms are completed.

**If Joint Assignees Are Named:**
1. The Assignees will share all ownership and beneficial rights under the policy(ies) equally, unless otherwise stated above.
2. If an Assignee predeceases the Insured (Check only one box)
   ☐ a. that Assignee's ownership and beneficial share will be divided among the remaining surviving Assignees, with all to the survivor or to the estate of the last survivor.
   ☐ b. that Assignee's ownership and beneficial share will pass to the executors or administrators of his/her estate.
   If neither box above is checked, or if both boxes above are checked, the share of a deceased Assignee will pass to his/her estate.

**Optional Designation of Custodian for Minor Assignee.** Note: Minor must be sole Assignee.
Custodian under the Uniform Transfers to Minors Act/Uniform Gifts to Minors Act (UTMA/UGMA) Acting on Behalf of the Minor Assignee.

Name of Custodian _____ as Custodian for  Name of Minor _____ under the  State [▼] UTMA/UGMA

Permanent Address of Custodian _____  City _____  State [▼]  Zip _____

Social Security Number _____  Phone Number _____

## ☒ TYPE B: Assignment to a Business or Charity

Name of Entity: **LifeFactor II, LLC**

Type of Entity (Corp., Partnership, etc.): limited liability company

Tax ID Number: [redacted]

Permanent Address: 6009 Welch Avenue
City: Fort Worth
State: TX
Zip: 76133
Phone Number: 628-238-4700

## ☐ TYPE C: Assignment to a Living (Inter Vivos) Trust — Completed Trust Certification Form also required.

Name of Trust _____  Date of Trust _____  State Where Trust was Created _____

Permanent Address of Trust _____  City _____  State _____  Zip _____  Phone Number _____

Grantor of the Trust - First Name _____  Middle _____  Last _____  Trust Tax ID Number _____

Names of all Currently Serving Trustees
Contact Trustee - First Name _____  Middle _____  Last _____  Social Security Number _____

Permanent Address _____  City _____  State _____  Zip _____  Phone Number _____

Additional Trustee(s) - First Name _____  Middle _____  Last _____  Phone Number _____  Social Security Number _____

If Multiple Trustees are named, for any action  ☐ all named Trustees must sign  OR  ☐ any one Trustee can sign.

▶ Owner Initial Here [initials]  Date 5/11/2021

Page **2** of **4**

LA-ABSOLUTEASGN-B (05/18)

Fs-B

BRIGHTHOUSE-SPIN CAPITAL 000381
Page 003 of 032 recd at 05/11/2021 06:52:21 PM ET on 9086[?]

## SECTION III - General Provisions

- This Absolute Assignment is subject to any policy loan or prior Collateral Assignment affecting the policy(ies).
- Trust Beneficiaries:
    - The Company reserves the right to require written evidence satisfactory to it that the Trust is in effect and evidence of the identity of the Trustee(s) who are qualified to act on behalf of the Trust with respect to a policy transaction. The Company shall be fully protected in acting in reliance upon such evidence.
    - The Company's responsibility for the payment of proceeds ends with the payment to the Trustee(s); it has no responsibility regarding any subsequent distribution.
- The Company is requested to waive any policy provision requiring the endorsement of the policy.
- The Company is authorized to consider a fax or a photocopy of this signed form as valid as the original signed form.
- The Company is authorized to make any clarifying additions or amendments to the Life Insurance Absolute Assignment.

## Signatures – Current Owner(s)

All Owners are required to sign this form. Any Irrevocable Beneficiary must also sign this form.

If any Owner resides in Massachusetts, that Owner's signature must be witnessed by a disinterested person over 18 who is not being named as an Assignee. In all other states, witnessing is recommended but not required.

**The undersigned hereby revoke(s) any prior designation** of Beneficiaries and Contingent Owners and any Settlement Option/ Optional Income Plan election, and absolutely assign(s) all ownership and beneficial rights to the Assignee(s).

**By signing below, I certify that I have read and agree to the contents of this form.**

| | |
|---|---|
| **Individually Owned** | Please sign as shown below: |
| Each Individual Owner | Should sign and provide all additional requested information. Space is provided for up to two Individual Owners. Any additional Individual Owners should sign and provide all requested information in the blank space at the bottom of this page. |
| A party signing on behalf of an Owner | The full name of both the Owner and the Owner's fiduciary or agent should be shown. When submitting these forms, include legal documentation of the authority to act (e.g., power of attorney, guardianship papers, etc.). |

▶ Signature _____  Print Name - First _____  Middle _____  Last _____

Signed at City _____  State _____  Date _____

Witness Signature _____  Print Name - First _____  Middle _____  Last _____  Date _____

▶ Signature _____  Print Name - First _____  Middle _____  Last _____

Signed at City _____  State _____  Date _____

Witness Signature _____  Print Name - First _____  Middle _____  Last _____  Date _____

▶ Owner Initial Here _[initials]_  Date 5/11/2021

LA-ABSOLUTEASGN-B (05/18)

Page **3** of **4**

Fs-B

BRIGHTHOUSE-SPIN CAPITAL 000382

Page 004 of 032 recd at 05/11/2021 06:52:21 PM ET on 9086

**Corporate, Partnership or Trust Owned**
Please sign as shown below:

| | |
|---|---|
| Trust Owned | Signatures, followed by the word "Trustee", of all required Trustees. |
| Corporate Owned | Signature and title of one authorized officer (other than the Insured). |
| Partnership Owned | Signature and title of one authorized partner (other than the Insured). |
| Limited Liability Company | Signature and title of one authorized individual (other than the Insured). |
| Sole Proprietorship Owned | Signature of Owner, followed by the title "Sole Owner". |

Name of Corporation, Partnership or Trust: Worldwide Entertainment, Inc., Michael I. Goldberg, Receiver

If Trust, date of Trust:

▶ Signature: [signed]
Title: Receiver
Date: 5/11/2021

Print Name - First: Michael   Middle: I.   Last: Goldberg
Signed at City:
State:

Witness to Signature: [signed]
Print Name - First: Alexandra   Middle:   Last: Edell
Date: 5/11/21

▶ Signature:
Title:
Date:

Print Name - First:   Middle:   Last:
Signed at City:
State:

Witness to Signature:
Print Name - First:   Middle:   Last:
Date:

RESERVED FOR ADMINISTRATIVE OFFICE CLARIFICATION

## SECTION IV - Certification – New Owner(s)

Under the penalties of perjury I certify:
1. The number shown on this form is my correct taxpayer identification number, and;
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and;
   **(If you have been notified by the IRS that you are currently subject to backup withholding because of under reporting interest or dividends on your tax return, you must cross out and initial this item.)**
3. I am a U.S. citizen or other U.S. person, and;
4. I am not subject to FATCA reporting because I am a U.S. person and the account is located within the United States.
   **(If you are not a U.S. Citizen or other U.S. person for tax purposes, please cross out the last two certifications and complete appropriate IRS documentation, e.g. IRS Form W-8BEN for individuals, which can be found on the IRS website).**
**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

▶ Signature: [signed] Stefan Leer, Managing Member
Print Full Name: LifeFactor II, LLC
Date: 05/06/2021
Tax ID or Social Security No.: [redacted]

▶ Signature:
Print Full Name:
Date:
Tax ID or Social Security No.:

▶ Signature:
Print Full Name:
Date:
Tax ID or Social Security No.:

▶ Owner Initial Here: [initialed]   Date: 5/11/2021

Page 4 of 4
LA-ABSOLUTEASGN-B (05/18)
Fs-B

BRIGHTHOUSE-SPIN CAPITAL 000383
Page 005 of 032 recd at 05/11/2021 06:52:21 PM ET on 9086!