# Brighthouse FINANCIAL

## Life Insurance Absolute Assignment

**INSTRUCTIONS:**
Use this form to name a new Absolute Assignee (Owner). An Absolute Assignee is entitled to exercise all ownership rights and receive the death benefit. Do not use this form for Annuities. Complete this form in its entirety to avoid any delays in processing. If you need assistance in completing this form, please call your financial professional, sales office, or the appropriate number listed under How to Submit this Form.



The Company indicated in this section is referred to as "the Company."

☐ Brighthouse Life Insurance Company of NY
☐ New England Life Insurance Company
☒ Brighthouse Life Insurance Company

Policy Number(s): (1) **7447253**  (2) _____  (3) _____  (4) _____

### SECTION I - About the Insured

| First Name | Middle Name | Last Name | Date of Birth | Social Security Number |
|---|---|---|---|---|
| JOHN | P | UTSICK | ███ | ███ |

| Permanent Address | City | State | Zip | Phone Number |
|---|---|---|---|---|
| | | | | |

### SECTION II - About the Assignment | Complete either Assignment Type A, B or C

☐ Check here if this Assignment is a Reportable Policy Sale for tax purposes such as a transfer to a life settlement company:

Note: "Reportable Policy Sale" is defined under Internal Revenue Code ("IRC") §101(a)(3) as the acquisition of an interest in a life insurance contract, directly or indirectly, if the acquirer has no substantial family, business, or financial relationship with the Insured apart from the acquirer's interest in such life insurance contract. If the box above is checked, the acquirer must provide the Company with IRS Form 1099-LS. See www.irs.gov for more information.

Note - If the policy is transferred for value, a portion of the death proceeds may be subject to income taxes.

☐ **TYPE A: Assignment to One or More Individuals**

| First Name | Middle Name | Last Name | Relationship to Insured | Soc. Security No. | Date of Birth | % If Not Equal* |
|---|---|---|---|---|---|---|
| | | | | | | |

| Permanent Address | City | State | Zip | Country of Citizenship | Phone Number |
|---|---|---|---|---|---|
| | | | | | |

| First Name | Middle Name | Last Name | Relationship to Insured | Soc. Security No. | Date of Birth | % If Not Equal* |
|---|---|---|---|---|---|---|
| | | | | | | |

| Permanent Address | City | State | Zip | Country of Citizenship | Phone Number |
|---|---|---|---|---|---|
| | | | | | | |

| First Name | Middle Name | Last Name | Relationship to Insured | Soc. Security No. | Date of Birth | % If Not Equal* |
|---|---|---|---|---|---|---|
| | | | | | | |

| Permanent Address | City | State | Zip | Country of Citizenship | Phone Number |
|---|---|---|---|---|---|
| | | | | | | |

*Total must equal 100%

Owner Initial Here _____ Date _____

LA-ABSOLUTEASGN-B (11/19)

**If a Single Assignee is Named:** at the death of the Assignee, the Assignee's estate becomes both Owner and Beneficiary unless subsequent forms are completed.

**If Joint Assignees Are Named:**
1. The Assignees will share all ownership and beneficial rights under the policy(ies) equally, unless otherwise stated above.
2. If an Assignee predeceases the Insured (Check only one box)
   - ☐ a. that Assignee's ownership and beneficial share will be divided among the remaining surviving Assignees, with all to the survivor or to the estate of the last survivor.
   - ☐ b. that Assignee's ownership and beneficial share will pass to the executors or administrators of his/her estate.

If neither box above is checked, or if both boxes above are checked, the share of a deceased Assignee will pass to his/her estate.

**Optional Designation of Custodian for Minor Assignee.** Note: Minor must be sole Assignee.

Custodian under the Uniform Transfers to Minors Act/Uniform Gifts to Minors Act (UTMA/UGMA) Acting on Behalf of the Minor Assignee.

| Name of Custodian | | Name of Minor | | State | |
|---|---|---|---|---|---|
| _____ as Custodian for | | _____ | | under the _____ UTMA/UGMA | |

| Permanent Address of Custodian | City | State | Zip | Phone Number | Social Security Number |
|---|---|---|---|---|---|

### ☒ TYPE B: Assignment to a Business or Charity

| Name of Entity | Type of Entity (Corp., Partnership, etc.) | Tax ID Number |
|---|---|---|
| Life Shares 1019 LLC | Corporation | ███████ |

| Permanent Address | City | State | Zip | Phone Number |
|---|---|---|---|---|
| 4511 Golden Foothill Pkwy Ste 1 | El Dorado Hills | CA | 95762 | 949-704-1666 |

### ☐ TYPE C: Assignment to a Living (Inter Vivos) Trust - Completed Trust Certification Form also required.

| Name of Trust | Date of Trust | State Where Trust was Created |
|---|---|---|

| Permanent Address of Trust | City | State | Zip | Phone Number |
|---|---|---|---|---|

| Grantor of the Trust - First Name | Middle | Last | Trust Tax ID Number |
|---|---|---|---|

Names of all Currently Serving Trustees

| Contact Trustee - First Name | Middle | Last | Social Security Number |
|---|---|---|---|

| Permanent Address | City | State | Zip | Phone Number |
|---|---|---|---|---|

| Additional Trustee(s) - First Name | Middle | Last | Phone Number | Social Security Number |
|---|---|---|---|---|

If Multiple Trustees are named, for any action ☐ all named Trustees must sign OR ☐ any one Trustee can sign.

Owner Initial Here_____ Date_____

LA-ABSOLUTEASGN-B (11/19)

### SECTION III – General Provisions

- This Absolute Assignment is subject to any policy loan or prior Collateral Assignment affecting the policy(ies).
- Trust Beneficiaries:
  - The Company reserves the right to require written evidence satisfactory to it that the Trust is in effect and evidence of the identity of the Trustee(s) who are qualified to act on behalf of the Trust with respect to a policy transaction. The Company shall be fully protected in acting in reliance upon such evidence.
  - The Company's responsibility for the payment of proceeds ends with the payment to the Trustee(s); it has no responsibility regarding any subsequent distribution.
- The Company is requested to waive any policy provision requiring the endorsement of the policy.
- The Company is authorized to consider a fax or a photocopy of this signed form as valid as the original signed form.
- The Company is authorized to make any clarifying additions or amendments to the Life Insurance Absolute Assignment.

### Signatures – Current Owner(s)

All Owners are required to sign this form. Any Irrevocable Beneficiary must also sign this form.

If any Owner resides in Massachusetts, that Owner's signature must be witnessed by a disinterested person over 18 who is not being named as an Assignee. In all other states, witnessing is recommended but not required.

**The undersigned hereby revoke(s) any prior designation** of Beneficiaries and Contingent Owners and any Settlement Option/ Optional Income Plan election, and absolutely assign(s) all ownership and beneficial rights to the Assignee(s).

**By signing below, I certify that I have read and agree to the contents of this form.**

| | |
|---|---|
| **Individually Owned** | Please sign as shown below: |
| Each Individual Owner | Should sign and provide all additional requested information. Space is provided for up to two Individual Owners. Any additional Individual Owners should sign and provide all requested information in the blank space at the bottom of this page. |
| A party signing on behalf of an Owner | The full name of both the Owner and the Owner's fiduciary or agent should be shown. When submitting these forms, include legal documentation of the authority to act (e.g., power of attorney, guardianship papers, etc.). |

▶ Signature _____  Print Name - First _____  Middle _____  Last _____

Signed at City _____  State [▼]  Date _____

Witness Signature _____  Print Name - First _____  Middle _____  Last _____  Date _____

▶ Signature _____  Print Name - First _____  Middle _____  Last _____

Signed at City _____  State [▼]  Date _____

Witness Signature _____  Print Name - First _____  Middle _____  Last _____  Date _____

▶ Owner Initial Here _____ Date _____                                                   Page 3 of 4

LA-ABSOLUTEASGN-B (05/18)                                                                              Fs-B

BRIGHTHOUSE-SPIN CAPITAL 000545
Page 013 of 015 recd at 04/01/2022 01:34:01 PM ET on 9086

**Corporate, Partnership or Trust Owned**

Please sign as shown below:

| | |
|---|---|
| Trust Owned | Signatures, followed by the word "Trustee", of all required Trustees. |
| Corporate Owned | Signature and title of one authorized officer (other than the Insured). |
| Partnership Owned | Signature and title of one authorized partner (other than the Insured). |
| Limited Liability Company | Signature and title of one authorized individual (other than the Insured). |
| Sole Proprietorship Owned | Signature of Owner, followed by the title "Sole Owner". |

Name of Corporation, Partnership or Trust: LifeFactor II LLC

If Trust, date of Trust: _____

Signature: [signed]
Title: Managing Member
Date: 9/24/21

Print Name - First: Stefan
Middle: J.
Last: Leer
Signed at City: El Dorado Hills
State: CA

Witness to Signature: [signed]
Print Name - First: Erica
Middle: ___
Last: Klomp
Date: 9/24/21

Signature: ___
Title: ___
Date: ___

Print Name - First: ___ Middle: ___ Last: ___ Signed at City: ___ State: ___

Witness to Signature: ___ Print Name - First: ___ Middle: ___ Last: ___ Date: ___

**RESERVED FOR ADMINISTRATIVE OFFICE CLARIFICATION**

## SECTION IV – General Information and Certification – New Owner(s)

If you acquired this policy in a Reportable Policy Sale as defined under IRC § 101(a)(3), you have an obligation to timely provide the Company with a completed IRS Form 1099-LS.

Under the penalties of perjury, I certify:
1. The number shown on this form is my correct taxpayer identification number, and;
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and;
(If you have been notified by the IRS that you are currently subject to backup withholding because of under reporting interest or dividends on your tax return, you must cross out and initial this item.)
3. I am a U.S. citizen or other U.S. person; and
4. I am not subject to FATCA reporting because I am a U.S. person and the account is located within the United States.
(If you are not a U.S. Citizen or other U.S. person for tax purposes, please cross out the last two certifications and complete appropriate IRS documentation, e.g. IRS Form W-8BEN for Individuals, which can be found on the IRS website).

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: [signed]
Print Full Name: Stefan Leer
Date: 9/24/21
Tax ID or Social Security No.: [redacted]

X Signature: [signed] receiver
Print Full Name: Irrevocable Beneficiary Michael Goldburg Receiver for Worldwide Entertainment for 46.67%
X Date: 3/31/22
X Tax ID or Social Security No.: [redacted]

Signature: ___
Print Full Name: ___
Date: ___
Tax ID or Social Security No.: ___

Owner Initial Here ___ Date ___

LA-ABSOLUTEASGN-B (11/19)