## STATE OF FLORIDA
### BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2023101206  
**DATE ISSUED:** JUNE 14, 2023  
**DATE FILED:** JUNE 13, 2023

## DECEDENT INFORMATION
NAME: JOHN PAUL UTSICK

DATE OF DEATH: JUNE 8, 2023    SEX: MALE    SSN:    AGE: 080 YEARS  
DATE OF BIRTH:    BIRTHPLACE: NESQUEHONING, PENNSYLVANIA, UNITED STATES  
PLACE OF DEATH: NURSING HOME  
FACILITY NAME OR STREET ADDRESS: LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE  
LOCATION OF DEATH: WEST PALM BEACH, PALM BEACH COUNTY, 33401  
RESIDENCE: 15 SOUTH PALMWAY, APT. 9, LAKE WORTH, FLORIDA 33460, UNITED STATES    COUNTY: PALM BEACH  
OCCUPATION, INDUSTRY: CONCERT PROMOTER/PILOT, CONCERTS/AIRLINE  
EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE    EVER IN U.S. ARMED FORCES? NO  
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN  
RACE: WHITE

## SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: DIVORCED  
SURVIVING SPOUSE NAME: NONE  
FATHER'S/PARENT'S NAME: SAMUEL UTSICK  
MOTHER'S/PARENT'S NAME: MARION FOX

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: TANYA UTSICK  
RELATIONSHIP TO DECEDENT: DAUGHTER  
INFORMANT'S ADDRESS: 239 MIDDLE ROAD, FALMOUTH, MAINE 04105, UNITED STATES  
FUNERAL DIRECTOR/LICENSE NUMBER: ANTHONY MEDORO, F042494  
FUNERAL FACILITY: TILLMAN FUNERAL HOME & CREMATORY - WEST PALM BEACH F040552  
    2170 SOUTH MILITARY TRAIL, WEST PALM BEACH, FLORIDA 33415  
METHOD OF DISPOSITION: CREMATION  
PLACE OF DISPOSITION: TILLMAN FUNERAL HOME & CREMATORY  
    WEST PALM BEACH, FLORIDA

## CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN    MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE  
TIME OF DEATH (24 HOUR): 1710    DATE CERTIFIED: JUNE 9, 2023  
CERTIFIER'S NAME: RICHARD STEPHEN LEVENE, DO  
CERTIFIER'S LICENSE NUMBER: OS5792  
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

## CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL  
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH  
a. METASTATIC LUNG CANCER

b.

c.

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

AUTOPSY PERFORMED? NO    AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?  
DATE OF SURGERY:    DID TOBACCO USE CONTRIBUTE TO DEATH? NO  
REASON FOR SURGERY:  
PREGNANCY INFORMATION: NOT APPLICABLE  
DATE OF INJURY: NOT APPLICABLE    TIME OF INJURY (24 HOUR):    INJURY AT WORK?  
LOCATION OF INJURY:  
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:  
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:    TYPE OF VEHICLE:

, STATE REGISTRAR

REQ: 2025360965

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD