

Jaclyn M. Metzinger

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

September 21, 2023

**Via Email**

Shane R. Heskin
Stuart J. Wells
Alex D. Corey
White & Williams LLP
7 Times Square, Suite 2900
New York, New York 10036

Dustin J. Dyer
Dyer Law Firm
5250 Claremont Avenue, Suite 119
Stockton, California 95207

RE: *Spin Capital, LLC v. Golden Foothill Insurance Services, LLC, et al.*, Index No. 650582/2022 (Sup. Ct., N.Y. County)

Counsel:

We represent John Hancock Life Insurance Company ("John Hancock") in the action titled *Spin Capital, LLC v. Golden Foothill Insurance Services, LLC, et al.*, Index No. 650582/2022 (N.Y.) (the "Action").

On or about January 6, 2023, the Court entered an Order appointing Fred Stevens as the Receiver in this Action (Dkt. 245) (the "Order"). On or about July 25, 2023, Stefan Leer, on behalf of Life Shares 1019, LLC, submitted a claim for the policy proceeds under the policy at issue in this litigation, Policy No. 59592683 (the "Policy"), in violation of the Order, which enjoins Life Shares 1019 from "interfering in any way with the Receiver in the performance of his responsibilities and duties" and from "collecting any such income, earnings, profits, refunds, distributions, and proceeds" of the Policy. On or about August 2, 2023, Mr. Stevens submitted claim documents for the Policy proceeds.

On or about August 16, 2023, John Hancock mistakenly wired $1,985,367.42 to the account set forth in Life Shares 1019's July 25, 2023 claim form. These funds should either be returned to John Hancock or transferred to Mr. Stevens immediately.

September 21, 2023

      Mr. Dyer, counsel for Life Shares 1019, LLC, has sent two letters (dated August 31, 2023 and September 11, 2023) to counsel for Brighthouse Financial f/k/a MetLife Universal Life Insurance incorrectly representing that John Hancock, "[a]ware that the New York Court lacked jurisdiction of Life Shares 1019, LLC . . . already paid the entirety of the John Hancock policy death benefit to Life Shares 1019, LLC." This is inaccurate. John Hancock received and accepted the New York Court's appointment of Fred Stevens as the receiver in this action.

      Accordingly, John Hancock demands that Life Shares 1019, LLC immediately return $1,985,367.42 to John Hancock or immediately transfer $1,985,367.42 to Mr. Stevens using the wire instructions provided in his August 30, 2023 letter, and refrain from any further mischaracterizations of John Hancock's position with respect to the Policy.

Regards,

*/s/ Jaclyn M. Metzinger*

Jaclyn M. Metzinger

cc:

| Recipient | Role | Email |
|---|---|---|
| Fred Stevens | Receiver | FStevens@Klestadt.com |
| Jason DeJonker | Counsel to Spin Capital, LLC | jason.dejonker@bclplaw.com |
| Jared Hitchings | | jarret.hitchings@bclplaw.com |
| Randy Soriano | | randy.soriano@bclplaw.com |
| Laith Hamdan | | laith.hamdan@bclplaw.com |
| Noah M. Weissman | | nmweissman@bclplaw.com |
| Mark E. Shure | | mshure@em3law.com |
| David A. Picon | | dpicon@proskauer.com |
| Matthew J. Morris | | mmorris@proskauer.com |
| William G. Fassuliotis | | wfassuliotis@proskauer.com |
| Steven W. Wells | | steve@wellspc.com |
| John H. Giardino | Counsel to Cap Factor, LLC | jgiardino@pryorcashman.com |
| Daniel J. Pohlman | | dpohlman@pryorcashman.com |
| Jason H. Gould | Counsel to Accordia Life | JGould@carltonfields.com |
| Irma T. Solares | Counsel to Zurich American Life | ISolares@carltonfields.com |
| Alex M. Bein | | abein@carltonfields.com |
| Misty A. Murray | Counsel for John Hancock Life Insurance Company | misty.murray@maynardnexsen.com |
| Karen Tsui | | ktsui@maynardnexsen.com |

September 21, 2023                                                                                                                    3

| Catherine Kretzschmar | Counsel for Michael Goldberg, Trustee of Worldwide Entertainment | Catherine.kretzchmar@akerman.com |
|---|---|---|
| Michelle J. D'Arcambal | Counsel for Brighthouse Financial Life Insurance Company | mdarcambal@darcambal.com |
| Ronald Alberts | | ralberts@grsm.com |
| Adam M. Greely | Counsel for Trusners | agreely@vrslaw.net |