UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIGHTHOUSE LIFE INS. CO., <br><br> Plaintiff(s), <br><br> v. <br><br> SPIN CAPITAL, LLC, et al., <br><br> Defendant(s). | 23-CV-8570 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On November 21, 2023, the Court granted the motion filed by Defendant Spin Capital, LLC ("Spin"), extending Spin's deadline to respond to the motion for interpleader deposit and related relief ("motion") to December 4, 2023. ECF No. 33. Spin's response to the motion is now overdue. Spin is directed to submit its response to the motion by **December 13, 2023**.

Whereas counsel for Defendant Life Shares 1019, LLC ("Life Shares") appeared on November 29, 2023, ECF No. 34, Life Shares is also directed to file its response to the motion by **December 13, 2023.**

SO ORDERED.

Dated: December 6, 2023
    New York, New York

_____
DALE E. HO
United States District Judge