UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>       Plaintiff(s),<br><br>   v.<br><br>SPIN CAPITAL, LLC, et al.,<br><br>       Defendant(s). | 23-CV-8570 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

As discussed on the record before the Court on January 11, 2024, the parties are hereby ORDERED to (1) meet and confer in good faith to attempt to resolve the matter, and (2) file a joint status letter by **January 19, 2024**, indicating the parties' progress. Should the parties fail to reach a resolution, the letter shall outline the parties' respective positions as to next steps in this litigation. Interest shall not accrue through January 19, 2024.

The Court reserves judgment on the unopposed interpleader motion (ECF No. 28) pending receipt of the parties' joint status letter on January 19, 2024.

  SO ORDERED.

Dated: January 12, 2024
   New York, New York

                     DALE E. HO
                   United States District Judge