UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>-against-<br><br>SPIN CAPITAL, LLC; GOLDEN FOOTHILL INSURANCE SERVICES, LLC; LIFE FACTOR II, LLC; LIFE SHARES II, LLC; EL DORADO HILLS INSURANCE SOLUTIONS, INC.; LONE WOLF INSURANCE SERVICES, INC.; ELDO INVESTMENTS, LLC; THE GENESIS LS FUND, LLC; KTL HOLDINGS, INC.; DRVN HOLDINGS, LLC; LIFE SHARES 1019, LLC; STEFAN LEER; TATANISHA LEER; CAP FACTOR, LLC; and FRED STEVENS, AS COURT-APPOINTED TEMPORARY RECEIVER,<br><br>        Defendant. | Case No.: 1:23-cv-08570-DEH<br><br>Hon. Dale E. Ho, U.S.D.J.<br><br>**SO-ORDERED STIPULATION TO CHANGE ATTORNEYS OF RECORD FOR DEFENDANT SPIN CAPITAL, LLC** |

  **WHEREAS,** Laith J. Hamdan and Jason DeJonker, on behalf of the law firm Bryan Cave Leighton Paisner LLP ("BCLP"), appeared as attorneys of record for defendant Spin Capital, LLC ("Spin").

  **WHEREAS,** Mr. DeJonker has changed law firms from BCLP to Seyfarth Shaw LLP ("Seyfarth"), and Spin has requested that Mr. DeJonker and Seyfarth continue to represent Spin in this action.

  **WHEREAS**, substitution will cause no prejudice to any party, and will have no effect on the scheduling or progress of this matter, as the action is currently stayed in the early stages and Spin will continue to be represented by Mr. DeJonker who is already familiar with this action.

  **WHEREAS**, BCLP is asserting a retaining/charging lien in connection with this litigation.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, as follows:

1. Seyfarth, with offices at 620 Eighth Avenue be substituted as counsel of record for Spin in this action, in place and stead of BCLP.

2. This Stipulation may be executed by electronic counterparts and the electronic copy of this Stipulation may be filed with the Court in lieu of the original.

Dated: February 15, 2024
New York, NY

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: _____
Noah M. Weissman, Esq.
1290 Avenue of the Americas
New York, NY 10104
T: 212-541-2000
E: Noah.Weissman@bclplaw.com
*Outgoing Attorneys for Spin Capital LLC*

**SEYFARTH SHAW LLP**

By: _____
James M. Sullivan, Esq.
James S. Yu, Esq.
620 Eighth Avenue
New York, NY 10018-1405
T: 212-218-5500
E: jmsullivan@seyfarth.com
   jyu@seyfarth.com

*Incoming Attorneys for Spin Capital LLC*

**SPIN CAPITAL, LLC**

By: _____
Avrumi Lubin
President

**SO-ORDERED:**

Dated: February 16, 2024

_____
THE HONORABLE DALE E. HO
UNITED STATES DISTRICT JUDGE

New York, New York