UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BRIGHTHOUSE LIFE INSURANCE COMPANY,

        Plaintiff,

    v.

SPIN CAPITAL, LLC;
GOLDEN FOOTHILL INSURANCE SERVICES, LLC;
LIFE FACTOR II, LLC;
LIFE SHARES II, LLC;
EL DORADO HILLS INSURANCE SOLUTIONS, INC.;
LONE WOLF INSURANCE SERVICES, INC.;
ELDO INVESTMENTS, LLC;
THE GENESIS LS FUND, LLC;
KTL HOLDINGS, INC.;
DRVN HOLDINGS, LLC;
LIFE SHARES 1019, LLC;
STEFAN LEER;
TATANISHA LEER;
CAP FACTOR, LLC;
MICHAEL TRUSNER;
DAVA TRUSNER; and
FRED STEVENS, AS COURT-APPOINTED
TEMPORARY RECEIVER,

        Defendants.
------------------------------------------------------------X

Case No. 1:23-cv-08570-DEH

[PROPOSED] ORDER AUTHORIZING INTERPLEADER DEPOSIT AND RELATED RELIEF (28 U.S.C. §§ 1335 and 2361)

    Plaintiff, Brighthouse Life Insurance Company ("Brighthouse"), having made a Motion for Interpleader Deposit and Related Relief pursuant to 28 U.S.C. §§ 1335 and 2361, requesting that the Court issue an Order directing the Clerk of Court to accept interpleader funds in the amount of $9,000,000.00, plus applicable interest, and enjoining the Defendants[1] from instituting

---

[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), on October 26, 2023, Brighthouse voluntarily dismissed without prejudice Defendants Michael Trusner and Dava Trusner as parties in this action. (ECF Doc. 27.)

or prosecuting any actions for payment of the funds in any other forum, and good cause having been show,

    IT IS HEREBY ORDERED as follows:

    1.    Brighthouse shall distribute to the Clerk of this Court a check equal to the sum of $9,000,000.00, plus applicable interest (the "Interpleader Funds"), representing proceeds that remain due and are at issue under life insurance policy number 7447253 (the "Policy");

    2.    The Clerk of Court shall accept and deposit the Interpleader Funds into the Disputed Ownership Fund (DOF) in the Court Registry Investment System (CRIS) pending further Order(s) of the Court;

    3.    Pursuant to Rule 67.1 of the Local Rules of Civil Procedure for the United States District Court for the Southern and Eastern Districts of New York, the Clerk shall deduct from the income on the investment a fee equal to ten percent (10%) of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office; and

    4.    The Defendants are hereby enjoined from instituting or prosecuting any proceeding in any State or United States court affecting the Policy or Interpleader Funds until further Order(s) of the Court.

    ORDERED this <u>22nd</u> day of <u>February 2024</u> ~~2023~~.

    _____
    United States District Judge
    Dale E. Ho
    New York, New York

No further interest on the funds shall accrue pending Brighthouse's disbursement of the funds in accordance with this Order.

The Clerk of Court is respectfully requested to terminate ECF No. 28.