EXHIBIT "22"

| | |
|---|---|
| **From:** | Heskin, Shane <heskins@whiteandwilliams.com> |
| **Sent:** | Wednesday, February 21, 2024 12:21 PM |
| **To:** | Mark E. Shure; Tiffany Millioen; Corey, Alex; Wells, Stuart; ddyer@dyerlawfirm.com; david@almeidalawgroup.com; jdejonker@seyfarth.com; steve@wellspc.com; dpohlman@pryorcashman.com; jgiardino@pryorcashman.com; Fred Stevens; chief@pmlevinelaw.com |
| **Cc:** | Michelle Darcambal |
| **Subject:** | Re: Brighthouse/Spin Capital - Draft Stipulation and Joint Motion |

The Leer Defendants are not giving releases.

**From:** Mark E. Shure <mshure@em3law.com>
**Sent:** Wednesday, February 21, 2024 12:19:54 PM
**To:** Tiffany Millioen <tmillioen@darcambal.com>; Heskin, Shane <heskins@whiteandwilliams.com>; Corey, Alex <Coreya@whiteandwilliams.com>; Wells, Stuart <Wellss@whiteandwilliams.com>; ddyer@dyerlawfirm.com <ddyer@dyerlawfirm.com>; david@almeidalawgroup.com <david@almeidalawgroup.com>; jdejonker@seyfarth.com <jdejonker@seyfarth.com>; steve@wellspc.com <steve@wellspc.com>; dpohlman@pryorcashman.com <dpohlman@pryorcashman.com>; jgiardino@pryorcashman.com <jgiardino@pryorcashman.com>; Fred Stevens <FStevens@klestadt.com>; chief@pmlevinelaw.com <chief@pmlevinelaw.com>
**Cc:** Michelle Darcambal <mdarcambal@darcambal.com>
**Subject:** Re: Brighthouse/Spin Capital - Draft Stipulation and Joint Motion

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Tiffany:

The draft order that you circulated on Saturday is acceptable to Spin Capital.

MARK E. SHURE
**Partner**



ATLANTA | CHICAGO | DALLAS
FORT LAUDERDALE | NEW YORK

*Admitted in State X and State X Only

mshure@em3law.com
O: (312) 238-9200
M: (708) 528-6949

Suite 4500
77 W. Wacker Drive
Chicago, IL 60601





**EM3 is certified as a Minority Business Enterprise by the National Minority Supplier Development Council (NMSDC) and a member of the National Association of Minority and Women Owned Law Firms (NAMWOLF).**

*CONFIDENTIALITY NOTICE:* **This email transmission may be: (1) subject to attorney-client privilege, (2) attorney work product, or (3) otherwise strictly confidential.** If you are not the intended recipient, or a person responsible for delivering it to the intended

recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone and destroy the original transmission and its attachments without reading or saving them in any manner.

**Fn**
**rom:** Tiffany Millioen <tmillioen@darcambal.com>
**Sent:** Friday, February 16, 2024 4:20 PM
**To:** heskins@whiteandwilliams.com <heskins@whiteandwilliams.com>; Corey, Alex <Coreya@whiteandwilliams.com>; wellss@whiteandwilliams.com <Wellss@whiteandwilliams.com>; ddyer@dyerlawfirm.com <ddyer@dyerlawfirm.com>; david@almeidalawgroup.com <david@almeidalawgroup.com>; Mark E. Shure <mshure@em3law.com>; jdejonker@seyfarth.com <jdejonker@seyfarth.com>; steve@wellspc.com <steve@wellspc.com>; dpohlman@pryorcashman.com <dpohlman@pryorcashman.com>; jgiardino@pryorcashman.com <jgiardino@pryorcashman.com>; Fred Stevens <FStevens@klestadt.com>; chief@pmlevinelaw.com <chief@pmlevinelaw.com>
**Cc:** Michelle Darcambal <mdarcambal@darcambal.com>
**Subject:** Brighthouse/Spin Capital - Draft Stipulation and Joint Motion

Counsel,

In connection with the Brighthouse-Spin Capital interpleader, attached for your review is a draft stipulation and motion for distribution. Please let us know if you have any questions or feedback. Once approved, I'll circulate a draft proposed order that will accompany the motion.

Thanks,
Tiffany

Tiffany C. Millioen



d'Arcambal, Ousley & Cuyler Burk LLP
40 Fulton Street • Suite 1501
New York, NY 10038
(ph) 212-971-3175 ext. 108 • (fx) 212-971-3176
www.darcambal.com
tmillioen@darcambal.com

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.