**SMGQ LAW**

201 Alhambra Circle
Suite 1205
Coral Gables, FL 33134
Tel: 305-377-1000 Fax: 855-327-0391

## BILLING STATEMENT FOR PROFESSIONAL SERVICES
October 12, 2023

Brighthouse Life Insurance Company
Hector Gibbon, Esq.
& Kristen Kenley, Esq.

Brighthouse Life Insurance Company (SEC Receiver)
Southern District of Florida
Case No. 06-20975-CIV-HUCK / OTAZO-REYES

*Invoice #*    61276

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/10/2023 | EAQ | Email communications with ██████████ | 0.30 | $127.50 |
| | EAQ | Email communications with ██████████ | 1.30 | $552.50 |
| | EAQ | Numerous telephone conferences and text communications with ██████████ | 1.40 | $595.00 |
| | EAQ | Review and analyze the draft complaint for interpleader and declaratory judgment to be filed in the S.D.NY, the motion to compel filed by the SEC Receiver, email exchanges with opposing counsel ██████████ and the S.D.Fla. underlying docket for key filings. | 2.80 | $1,190.00 |
| 9/11/2023 | EAQ | Email communications with counsel for the SEC receiver regarding introduction and status conference. | 0.30 | $127.50 |
| | EAQ | Revise the notice of appearance to include that it is a limited appearance on behalf of Brighthouse. | 0.40 | $170.00 |
| | EAQ | Address issues regarding ██████████ | 0.50 | $212.50 |

Brighthouse Life Insurance Company

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 9/11/2023 | EAQ | Teams meeting with ██████████████████████ | 0.70 | $297.50 |
| | EAQ | Revise the letter to the competing claimants advising of the Florida SEC receiver motion for order to show cause ██████████ | 0.90 | $382.50 |
| | EAQ | Numerous email communications with ██████████ | 1.60 | $680.00 |
| | EAQ | Review email exchanges and documents ██████████ | 1.80 | $765.00 |
| | EAQ | Numerous meetings and text communications with ██████████ | 2.40 | $1,020.00 |
| | JEG | Email communications with receiver's counsel regarding receiver's motion for sanctions and order to show cause. | 0.20 | $75.00 |
| | JEG | Draft and revise notice of appearance. | 0.70 | $262.50 |
| | JEG | Email communications with ██████████ | 1.10 | $412.50 |
| | JEG | Research law regarding ██████████ | 1.90 | $712.50 |
| | JEG | Review lengthy docket in the S.D.Fla. action and review, analyze and download filings relevant to our issues. | 2.40 | $900.00 |
| | JEG | Begin drafting memorandum of law analyzing ██████████ | 3.10 | $1,162.50 |
| | JEG | Research law to ██████████ | 1.30 | $487.50 |

Brighthouse Life Insurance Company

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/12/2023 | EAQ | Email communications with the SEC Receiver's counsel regarding Friday's status conference. | 0.20 | $85.00 |
| | EAQ | Email communications ███████████████████ | 1.20 | $510.00 |
| | EAQ | Meetings and conferences with ███████████████ | 1.60 | $680.00 |
| | JEG | Email communications with receiver's counsel regarding ex parte contacts with court with respect to Brighthouse. | 0.20 | $75.00 |
| | JEG | Finalize and file notice of appearance. | 0.30 | $112.50 |
| | JEG | Prepare executive summary of research regarding ███████████ | 1.20 | $450.00 |
| | JEG | Continue drafting lengthy case assessment memorandum including ████████ | 6.60 | $2,475.00 |
| 9/13/2023 | EAQ | Review and revise the memorandum of law ████████ | 1.90 | $807.50 |
| | EAQ | Numerous email and text communications with ████████ | 2.80 | $1,190.00 |
| | JEG | Email communications with ████████ | 0.90 | $337.50 |
| | JEG | Continue researching ████████ | 3.70 | $1,387.50 |
| 9/14/2023 | EAQ | Review email communications from the court on cm/ecf regarding the zoom information for the status conference hearing and the court's scheduling of the status conference at 2:00 p.m. tomorrow. | 0.20 | $85.00 |

Brighthouse Life Insurance Company

Page    4

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/14/2023 | EAQ | Teams meeting with ███████████████████ ████████ | 0.40 | $170.00 |
| | EAQ | Email communications with ███████████████ | 0.60 | $255.00 |
| | EAQ | Draft proposed email communication to the SEC Receiver's counsel regarding Brighthouse's position on the competing claims and tomorrow's status conference. | 0.80 | $340.00 |
| | EAQ | Multiple telephone conferences with ██████████████████ | 1.40 | $595.00 |
| | EAQ | Numerous email communications with ████████████████ | 2.10 | $892.50 |
| | EAQ | Draft status report including █████████████████ ████████████ and finalize and file with the court. | 5.80 | $2,465.00 |
| | JEG | Review and revise status report. | 0.60 | $225.00 |
| | JEG | Email communications with ████████████████ | 1.30 | $487.50 |
| 9/15/2023 | EAQ | Email communications with D. Dyer and S. Heskin related to the consent provided by the Leer Entities. | 0.30 | $127.50 |
| | EAQ | Telephone conference with the SEC Receiver regarding today's status conference and potential interpleader. | 0.50 | $212.50 |
| | EAQ | Multiple telephone conferences with ██████████████████ ████████ | 0.60 | $255.00 |
| | EAQ | Attend and argue at today's status conference hearing in support of Brighthouse's status report to the court and in opposition to the SEC Receiver's motion for order to show cause. | 0.60 | $255.00 |
| | EAQ | Email communications with the SEC Receiver regarding today's status conference and communications with the Leer Entities. | 0.80 | $340.00 |

Brighthouse Life Insurance Company

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/15/2023 | EAQ | Multiple teams meetings with ████████ ████████████████ | 1.20 | $510.00 |
| | EAQ | Draft proposed email responses to the SEC Receiver and the Leer Entities' counsel, D. Dyer, on the Leer Entities' alleged consent. | 1.20 | $510.00 |
| | EAQ | Multiple telephone conferences with ████████████ | 1.30 | $552.50 |
| | EAQ | Email communications with ██████████████ ████████ | 1.40 | $595.00 |
| | EAQ | Prepare to attend today's status conference including review of key documents, the status report, the New York Receiver's affidavits in the New York action. | 1.40 | $595.00 |
| | JEG | Strategize ██████████████ | 0.20 | $75.00 |
| | JEG | Email communications with ████████████████ ████████████ | 1.20 | $450.00 |
| 9/17/2023 | EAQ | Review email communications between M. d'Arcambal and competing claimants on the status conference. | 0.20 | $85.00 |
| 9/18/2023 | EAQ | Email communications with the competing claimants regarding the status conference and release ordered by court. | 0.20 | $85.00 |
| | EAQ | Email communications with the court reporter regarding ordering the transcript from the status conference. | 0.30 | $127.50 |
| | EAQ | Email communications with ████████████ | 0.60 | $255.00 |
| | EAQ | Review and revise the proposed releases. | 0.70 | $297.50 |
| | JEG | Email communications with ████████████ | 0.40 | $150.00 |
| 9/19/2023 | EAQ | Email communications with counsel for the competing claimants regarding release and counsel for Leer regarding the consent letter and consent email | 0.80 | $340.00 |

Brighthouse Life Insurance Company

Page   6

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/19/2023 | EAQ | Multiple telephone conferences with ███████████████ ██████████████ | 1.70 | $722.50 |
| | EAQ | Email communications with ████████████████████ ██████████████ | 3.10 | $1,317.50 |
| | JEG | Review and analyze draft releases and revisions. | 0.70 | $262.50 |
| | JEG | Email communications with ███████████████████ | 1.20 | $450.00 |
| | JEG | Email communications with ████████████ | 0.20 | $75.00 |
| 9/20/2023 | EAQ | Review and revise the release language. | 0.50 | $212.50 |
| | EAQ | Email communications with the competing claimants regarding the release and revisions requested to the release. | 0.90 | $382.50 |
| | EAQ | Numerous lengthy email communications with ███████████ █████████████ | 3.80 | $1,615.00 |
| | JEG | Email communications with ████████████ ████ | 1.20 | $450.00 |
| 9/21/2023 | EAQ | Email communications with the court reporter regarding names of the parties and spellings requested from the status conference hearing. | 0.20 | $85.00 |
| | EAQ | Email communications with the SEC Receiver's counsel regarding status of release. | 0.30 | $127.50 |
| | EAQ | Telephone conference with J. DeJonker, Spin Capital's, attorney regarding the Spin Capital pushback on the release language and request for reconsideration given other parties' execution of release. | 0.30 | $127.50 |
| | EAQ | Multiple telephone conferences and text communications with ████████ | 0.50 | $212.50 |

Brighthouse Life Insurance Company

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/21/2023 | EAQ | Multiple telephone conferences and text communications with ███████ ████████████████████ | 0.90 | $382.50 |
| | EAQ | Email communications with the competing claimants and the New York receiver regarding edits to the releases, pending signatures, the consent letter and the court's order requiring the releases be executed by today and seeking relief from the court if parties fail to execute. | 1.80 | $765.00 |
| | EAQ | Email communications with ████████████████████████████████████ | 3.30 | $1,402.50 |
| 9/22/2023 | EAQ | Email communications with the court reporter regarding the hearing transcript. | 0.10 | $42.50 |
| | EAQ | Telephone conference with Spin Capital's counsel regarding execution of release. | 0.20 | $85.00 |
| | EAQ | Email communications with Spin Capital's counsel regarding release. | 0.30 | $127.50 |
| | EAQ | Multiple telephone conferences with Judge Huck's chambers regarding releases and possible status conference hearing. | 0.50 | $212.50 |
| | EAQ | Email communications with the SEC Receiver regarding status of releases and payment of check. | 0.50 | $212.50 |
| | EAQ | Multiple telephone conferences and text communications with ████████████████████████ | 0.60 | $255.00 |
| | EAQ | Email communications with the competing claimants regarding the release. | 0.60 | $255.00 |
| | EAQ | Email communications with ████████████████████████████████████ | 2.40 | $1,020.00 |
| | JEG | Email communications with ████████████████████ | 0.60 | $225.00 |
| 9/27/2023 | EAQ | Review court order requiring updated status report. | 0.10 | $42.50 |

Brighthouse Life Insurance Company

Page 8

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/27/2023 | EAQ | Email communications with ███████████████████ ████████ | 0.40 | $170.00 |
| 9/28/2023 | EAQ | Revise status report ███████████████ | 0.60 | $255.00 |
| | EAQ | Email communications with ███████████████████ ████████ | 0.80 | $340.00 |
| | EAQ | Draft the updated status report in compliance with the court's order. | 1.50 | $637.50 |
| | EAQ | Email communications with ███████████████████ ████████ | 1.60 | $680.00 |
| | EAQ | Finalize and file the updated status report with the S.D.Fla. | 0.30 | $127.50 |
| | JEG | Email communications with ███████████ | 0.20 | $75.00 |
| 9/29/2023 | EAQ | Review the court order denying as moot the SEC Receiver's motion to compel the proceeds. | 0.10 | $42.50 |
| | EAQ | Revise the letter to the SEC Receiver enclosing the check to ensure protection of Brighthouse. | 0.30 | $127.50 |
| | EAQ | Email communications with ███████████████████ ████████ | 0.90 | $382.50 |
| | EAQ | Review the filed New York interpleader action. | 0.60 | $255.00 |
| | JEG | Review and analyze order denying receiver Goldberg's motion against Brighthouse on Utsick policy. | 0.10 | $37.50 |
| | JEG | Email communications with ████████████████ | 0.30 | $112.50 |
| | | For professional services rendered | 107.00 | $43,885.00 |
| 9/15/2023 | | Hearing Transcript | | 56.56 |
| 9/29/2023 | | Pacer Charges | | 56.40 |

Brighthouse Life Insurance Company

Page      9

| | Amount |
|---|---|
| Total costs | $112.96 |
| Total amount of this bill | $43,997.96 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Elizabeth Graddy (JEG) | 31.80 | 375.00 | $11,925.00 |
| Emilia A. Quesada, Partner (EAQ) | 75.20 | 425.00 | $31,960.00 |

**SMGQ LAW**
201 Alhambra Circle
Suite 1205
Coral Gables, FL 33134
Tel: 305-377-1000 Fax: 855-327-0391

## BILLING STATEMENT FOR PROFESSIONAL SERVICES
December 22, 2023

Brighthouse Life Insurance Company
Hector Gibbon, Esq.
Kristen Kenley, Esq.

Brighthouse Life Insurance Company (SEC Receiver)
Southern District of Florida
Case No. 06-20975-CIV-HUCK / OTAZO-REYES

*Invoice #*    61257

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/6/2023 | EAQ | Review the SEC Receiver's counsel motion to withdraw. | 0.10 | $42.50 |
| | EAQ | Email communications with the court reporter regarding hearing transcript. | 0.20 | $85.00 |
| 10/9/2023 | EAQ | Review notice of appearance of new counsel on behalf of the SEC Receiver and order granting motion to withdraw by former counsel. | 0.20 | $85.00 |
| 10/11/2023 | EAQ | Email communications with court reporter regarding hearing transcript. | 0.20 | $85.00 |
| | EAQ | Email communications with ▮▮▮▮▮▮▮▮▮▮ | 0.20 | $85.00 |
| | EAQ | Review hearing transcript. | 0.60 | $255.00 |
| 10/12/2023 | EAQ | Email communications with ▮▮▮▮▮▮▮▮▮▮ | 0.40 | $170.00 |
| 10/18/2023 | EAQ | Review notice of receipt of insurer proceeds filed by SEC receiver. | 0.10 | $42.50 |
| | EAQ | Email communications with ▮▮▮▮▮▮▮▮▮▮ | 0.20 | $85.00 |
| | | For professional services rendered | 2.20 | $935.00 |

Brighthouse Life Insurance Company

Page    2

| | Amount |
|---|---|
| Balance due | $935.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Emilia A. Quesada, Partner (EAQ) | 2.20 | 425.00 | $935.00 |