

1111 Broadway, Suite 1700
Oakland, California  94607
(510) 463-8600
Tax ID: ▮▮▮▮▮▮▮▮

| | |
|---|---|
| Kristen Kenley | October 25, 2023 |
| Corporate Counsel | ID: BHSE  1324356 |
| Brighthouse | Invoice No. 21434970 |
| 11225 North Community House Road | Alberts, Ronald K. |
| Charlotte, NC  28277 | |
| kristen.kenley@brighthousefinancial.com | |

RE: Life Shares 1019 LLC v. Brighthouse Life Insurance

## BILLING SUMMARY THROUGH September 30, 2023

| | |
|---|---|
| Fees For Professional Services: | $4,235.00 |
| Expenses and Advances: | 0.00 |
| **Current Bill:** | **$4,235.00** |

To those clients on whose behalf services are being performed pursuant to a written Legal Services Agreement which permits the Firm to change its rates at any time by written notice to the Client and for said rates to then apply to all services rendered after such notice has been given, please note that, unless a contrary agreement has been made between the parties, the Firm reserves the right to increase the rates applicable to the subject engagement referenced in this invoice by 5% (five percent) and, in the event this occurs, said new rates shall be applicable to, and reflected upon, subsequent invoices generated thereafter.  Please do not hesitate to contact us with any questions regarding the foregoing.

Brighthouse  
ID: BHSE 1324356  
Invoice No.: 21434970  

October 25, 2023  
Page 2

## Professional Services

| Date | Description | Init | Hours |
|---|---|---|---|
| 09/02/23 | Review information regarding new complaint related to other pending matter and ███████████████ | RKA | 0.40 |
| 09/05/23 | Review complaint, and consider strategy regarding ███████ ███████████████ | RKA | 0.70 |
| 09/06/23 | Review communications with ████████████████████████ ███████████████ | RKA | 0.60 |
| 09/12/23 | Review communications with opposing counsel, setting forth plaintiff apostrophes position that it is not bound by the New York or Florida actions | RKA | 0.40 |
| 09/14/23 | Review Service papers | RKA | 0.20 |
| 09/15/23 | Communications with ████████████████████████ ███████████████ | RKA | 0.30 |
| 09/15/23 | Draft and revise portions of petition for removal | RKA | 0.80 |
| 09/15/23 | Review Plaintiff's Complaint in preparation of drafting Notice of Removal | HV | 0.60 |
| 09/15/23 | Review authorities re ████████████████████████ ███████████████ | HV | 1.70 |
| 09/15/23 | Draft Defendant's Notice of Removal Under Diversity Jurisdiction | HV | 1.40 |
| 09/20/23 | Communications with ████████████████████████ ████████████████████████ | RKA | 0.30 |
| 09/20/23 | Correspond with ████████████████████████ ███████ | HV | 0.30 |
| 09/22/23 | Participate in call with ████████████████████████ ████████████████████████ ███████████████ | HV | 0.30 |
| 09/26/23 | Communications with ████████████████████████ ███████████████ | RKA | 0.30 |
| 09/26/23 | Review and respond to communications from ████████████████ | RKA | 0.40 |

| | | |
|---|---|---|
| Brighthouse | | October 25, 2023 |
| ID: BHSE 1324356 | | Page 3 |
| Invoice No.: 21434970 | | |

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| Date | Description | Init | Hours |
|---|---|---|---|
| 09/28/23 | Review multiple communications regarding removal petition, and make revisions | RKA | 0.50 |
| 09/28/23 | Review filed interpleader | RKA | 0.20 |
| 09/28/23 | Draft Hela Vaknin's Declaration in support of Defendant's Notice of Removal, and accompanying exhibits | HV | 0.80 |
| 09/28/23 | Draft Civil Case Cover Sheet for Defendant's Notice of Removal | HV | 0.40 |
| 09/28/23 | Draft correspondence to ▉▉▉▉▉▉▉▉▉▉ | HV | 0.30 |
| 09/28/23 | Revise Defendant's Notice of Removal ▉▉▉▉▉▉▉ | HV | 0.30 |
| 09/29/23 | Communications with ▉▉▉▉▉▉▉▉▉▉ | RKA | 0.60 |
| 09/29/23 | Review correspondence from ▉▉▉▉▉▉▉▉▉▉ | HV | 0.30 |

## Services Recap

| Init | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| HV | Hela Vaknin | Associate | 350.00 | 6.40 | 2,240.00 |
| RKA | Ronald Alberts | Partner | 350.00 | 5.70 | 1,995.00 |

**TOTAL FOR SERVICES**      **$4,235.00**



1111 Broadway, Suite 1700
Oakland, California  94607
(510) 463-8600
Tax ID: ███

| | |
|---|---|
| Kristen Kenley | October 25, 2023 |
| Corporate Counsel | ID: BHSE  1324356 |
| Brighthouse | Invoice No. 21434970 |
| 11225 North Community House Road | Alberts, Ronald K. |
| Charlotte, NC  28277 | |
| kristen.kenley@brighthousefinancial.com | |

RE: Life Shares 1019 LLC v. Brighthouse Life Insurance

## BILLING SUMMARY THROUGH September 30, 2023

| | |
|---|---:|
| Fees For Professional Services: | $4,235.00 |
| Expenses and Advances: | 0.00 |
| **Current Bill:** | **$4,235.00** |

### A/R OPERATING ACCOUNT WIRE INFORMATION

Beneficiary Bank Name:   Wells Fargo Bank, N.A..
Bank Address:               420 Montgomery Street, San Francisco, CA  94104
Beneficiary Account:     Gordon Rees Scully Mansukhani, LLP
Account Number:         ███
ABA Number (ACH):     ███
Federal Tax ID:             ███

Domestic and International fund transfer process:
ABA Number (Wires):   ███
Swift code:                    ███

Reference:                    

**R E M I T T A N C E   C O P Y**
PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT



1111 Broadway, Suite 1700<br>
Oakland, California  94607<br>
(510) 463-8600<br>
Tax ID: ▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| Kristen Kenley | November 15, 2023 |
| Corporate Counsel | ID: BHSE  1324356 |
| Brighthouse | Invoice No. 21447699 |
| 11225 North Community House Road | Alberts, Ronald K. |
| Charlotte, NC  28277 | |
| kristen.kenley@brighthousefinancial.com | |

RE: Life Shares 1019 LLC v. Brighthouse Life Insurance

## BILLING SUMMARY THROUGH October 31, 2023

| | |
|---|---:|
| Fees For Professional Services: | $9,730.00 |
| Expenses and Advances: | 15.20 |
| **Current Bill:** | **$9,745.20** |

To those clients on whose behalf services are being performed pursuant to a written Legal Services Agreement which permits the Firm to change its rates at any time by written notice to the Client and for said rates to then apply to all services rendered after such notice has been given, please note that, unless a contrary agreement has been made between the parties, the Firm reserves the right to increase the rates applicable to the subject engagement referenced in this invoice by 5% (five percent) and, in the event this occurs, said new rates shall be applicable to, and reflected upon, subsequent invoices generated thereafter.  Please do not hesitate to contact us with any questions regarding the foregoing.

Brighthouse                                                                                    November 15, 2023
ID: BHSE 1324356                                                                               Page 2
Invoice No.: 21447699

## Professional Services

| Date | Description | Init | Hours |
|---|---|---|---|
| 10/02/23 | Initial preparation of arguments ▮▮▮▮ | RKA | 1.60 |
| 10/02/23 | Draft Meet and Confer letter to Plaintiff's counsel re Defendant's Motion to Dismiss | HV | 0.70 |
| 10/02/23 | Draft Defendant's Certificate of Interested Parties | HV | 0.50 |
| 10/02/23 | Analyze authorities re ▮▮▮▮ | HV | 2.60 |
| 10/03/23 | Communications with opposing counsel regarding timing of depositions in case management conference | RKA | 0.40 |
| 10/03/23 | Review and revise draft motion ▮▮▮▮ | RKA | 1.10 |
| 10/03/23 | Draft ▮▮▮▮ | HV | 1.80 |
| 10/03/23 | Draft ▮▮▮▮ | HV | 2.30 |
| 10/03/23 | Draft ▮▮▮▮ | HV | 0.40 |
| 10/03/23 | Draft ▮▮▮▮ | HV | 0.40 |
| 10/04/23 | Draft ▮▮▮▮ | RKA | 1.90 |
| 10/04/23 | Draft Notice to State Court and Plaintiff of Removal to Federal Court | HV | 0.70 |
| 10/05/23 | Communications with opposing counsel regarding extension of time to respond to complaint | RKA | 0.40 |
| 10/05/23 | Communications with ▮▮▮▮ | RKA | 0.40 |
| 10/05/23 | Draft Ex Parte Application to Extend Defendant's Deadline to Respond to the Complaint and Memorandum of Points and Authorities in support thereof | HV | 2.10 |

| | | November 15, 2023 |
|---|---|---|
| Brighthouse | | |
| ID: BHSE 1324356 | | Page 3 |
| Invoice No.: 21447699 | | |

| Date | Description | Initials | Hours |
|---|---|---|---|
| 10/05/23 | Draft Ronald Alberts' Declaration in support of Defendant's Ex Parte Application to Extend Defendant's Deadline to Respond to the Complaint, and accompanying exhibit | HV | 0.70 |
| 10/05/23 | Draft Proposed Order Granting Defendant's Ex Parte Application to Extend Defendant's Deadline to Respond to the Complaint | HV | 0.40 |
| 10/05/23 | Correspond with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | HV | 0.30 |
| 10/05/23 | Draft Joint Stipulation to Extend Defendant's Deadline to Respond to the Complaint | HV | 0.60 |
| 10/05/23 | Draft Defendant's Notice Confirming Notification to State Court of Removal | HV | 0.40 |
| 10/06/23 | Communications with opposing counsel regarding extension of time to respond to complaint and provide stipulation | RKA | 0.50 |
| 10/06/23 | Correspond with Plaintiff's counsel re Joint Stipulation to extend Defendant's deadline to respond to Plaintiff's Complaint | HV | 0.30 |
| 10/18/23 | Review assignment to Judge Holcomb and Judge Holcomb's Standing Order | HV | 0.30 |
| 10/25/23 | Review Court's Order re supplemental memorandum in support of subject matter jurisdiction and removal | HV | 0.40 |
| 10/25/23 | Analyze authorities and documents re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | HV | 2.30 |
| 10/25/23 | Draft Defendant's Supplemental Memorandum re Subject Matter Jurisdiction in support of Removal | HV | 2.80 |
| 10/26/23 | Draft correspondence to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | HV | 0.40 |
| 10/26/23 | Draft correspondence to Plaintiff's counsel re Plaintiff's Corporate Disclosure Statement and Parties' supplemental memorandum regarding subject matter jurisdiction | HV | 0.40 |
| 10/31/23 | Draft arguments to be included in response to courts order to show cause regarding diversity jurisdiction | RKA | 0.40 |

| | | |
|---|---|---|
| Brighthouse | | November 15, 2023 |
| ID: BHSE 1324356 | | Page 4 |
| Invoice No.: 21447699 | | |

| 10/31/23 | Draft correspondence to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓al | HV | 0.30 |

## Services Recap

| Init | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| HV | Hela Vaknin | Associate | 350.00 | 21.10 | 7,385.00 |
| RKA | Ronald Alberts | Partner | 350.00 | 6.70 | 2,345.00 |

**TOTAL FOR SERVICES**  $9,730.00

## Expenses

| Date | Description | Amount |
|---|---|---|
| 10/04/23 | Filing Service Fees - VENDOR: InfoTrack US, Inc INVOICE#: 14933913 DATE: 10/4/2023    - 2008 - Filing Service Fees - OCSC e-filing Notice - Other/B Perlman/J Omahen | 15.20 |
| | TOTAL EXPENSES | $15.20 |

## Outstanding Statements as of November 15, 2023

| Invoice Number | Date | Balance Due |
|---|---|---|
| Statement No 21434970 | October 25, 2023 | $4,235.00 |

**Total Accounts Receivable Balance:**  $4,235.00

# GRSM50
### GORDON REES SCULLY MANSUKHANI
#### YOUR 50 STATE LAW FIRM

1111 Broadway, Suite 1700
Oakland, California  94607
(510) 463-8600
Tax ID: ▇▇▇▇▇▇

| | |
|---|---|
| Kristen Kenley | November 15, 2023 |
| Corporate Counsel | ID: BHSE  1324356 |
| Brighthouse | Invoice No. 21447699 |
| 11225 North Community House Road | Alberts, Ronald K. |
| Charlotte, NC  28277 | |
| kristen.kenley@brighthousefinancial.com | |

RE: Life Shares 1019 LLC v. Brighthouse Life Insurance

---

## BILLING SUMMARY THROUGH October 31, 2023

| | |
|---|---:|
| Fees For Professional Services: | $9,730.00 |
| Expenses and Advances: | 15.20 |
| **Current Bill:** | **$9,745.20** |

---

#### A/R OPERATING ACCOUNT WIRE INFORMATION

Beneficiary Bank Name:   Wells Fargo Bank, N.A..
Bank Address:            420 Montgomery Street, San Francisco, CA  94104
Beneficiary Account:      Gordon Rees Scully Mansukhani, LLP
Account Number:          ▇▇▇▇▇
ABA Number (ACH):        ▇▇▇▇▇
Federal Tax ID:          ▇▇▇▇▇

Domestic and International fund transfer process:
ABA Number (Wires):      ▇▇▇▇▇
Swift code:              ▇▇▇▇▇

Reference:               

#### R E M I T T A N C E   C O P Y
PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT



1111 Broadway, Suite 1700
Oakland, California  94607
(510) 463-8600
Tax ID: ███

| | |
|---|---|
| Kristen Kenley | December 19, 2023 |
| Corporate Counsel | ID: BHSE  1324356 |
| Brighthouse | Invoice No. 21474771 |
| 11225 North Community House Road | Alberts, Ronald K. |
| Charlotte, NC  28277 | |
| kristen.kenley@brighthousefinancial.com | |

RE: Life Shares 1019 LLC v. Brighthouse Life Insurance

## BILLING SUMMARY THROUGH November 30, 2023

| | |
|---|---:|
| Fees For Professional Services: | $105.00 |
| Expenses and Advances: | 402.00 |
| **Current Bill:** | **$507.00** |

To those clients on whose behalf services are being performed pursuant to a written Legal Services Agreement which permits the Firm to change its rates at any time by written notice to the Client and for said rates to then apply to all services rendered after such notice has been given, please note that, unless a contrary agreement has been made between the parties, the Firm reserves the right to increase the rates applicable to the subject engagement referenced in this invoice by 5% (five percent) and, in the event this occurs, said new rates shall be applicable to, and reflected upon, subsequent invoices generated thereafter.  Please do not hesitate to contact us with any questions regarding the foregoing.

Brighthouse   December 19, 2023
ID: BHSE 1324356   Page 2
Invoice No.: 21474771

## Professional Services

| Date | Description | Init | Hours |
|---|---|---|---|
| 11/03/23 | Review filed dismissal, and communicate ▮ | RKA | 0.30 |

## Services Recap

| Init | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| RKA | Ronald Alberts | Partner | 350.00 | 0.30 | 105.00 |

**TOTAL FOR SERVICES** $105.00

## Expenses

| Date | Description | Amount |
|---|---|---|
| 10/31/23 | Filing Fees - VENDOR: Wells Fargo Bank INVOICE#: WFBCCLA-10312023 DATE: 10/31/2023     - 2007 - Filing Fees - 9/29 USDC e- Filing - Removal/N Evans/N Evans | 402.00 |
| | TOTAL EXPENSES | $402.00 |

## Outstanding Statements as of December 19, 2023

| Invoice Number | Date | Balance Due |
|---|---|---|
| Statement No 21447699 | November 15, 2023 | $9,745.20 |

**Total Accounts Receivable Balance:** $9,745.20

# GRSM50
### GORDON REES SCULLY MANSUKHANI
#### YOUR 50 STATE LAW FIRM™

1111 Broadway, Suite 1700
Oakland, California  94607
(510) 463-8600
Tax ID: ███

| | |
|---|---|
| Kristen Kenley | December 19, 2023 |
| Corporate Counsel | ID: BHSE  1324356 |
| Brighthouse | Invoice No. 21474771 |
| 11225 North Community House Road | Alberts, Ronald K. |
| Charlotte, NC  28277 | |
| kristen.kenley@brighthousefinancial.com | |

RE: Life Shares 1019 LLC v. Brighthouse Life Insurance

---

## BILLING SUMMARY THROUGH November 30, 2023

| | |
|---|---:|
| Fees For Professional Services: | $105.00 |
| Expenses and Advances: | 402.00 |
| **Current Bill:** | **$507.00** |

---

**A/R OPERATING ACCOUNT WIRE INFORMATION**

Beneficiary Bank Name:   Wells Fargo Bank, N.A..
Bank Address:            420 Montgomery Street, San Francisco, CA  94104
Beneficiary Account:     Gordon Rees Scully Mansukhani, LLP
Account Number:          ███
ABA Number (ACH):        ███
Federal Tax ID:          ███

Domestic and International fund transfer process:
ABA Number (Wires):      ███
Swift code:              ███

Reference:               ███



**R E M I T T A N C E   C O P Y**
PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT