UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>                              Plaintiff,<br>v.<br>SPIN CAPITAL, LLC, GOLDEN FOOTHILL INSURANCE SERVICES, LLC, LIFE FACTOR II, LLC, LIFE SHARES II, LLC, EL DORADO HILLS INSURANCE SOLUTIONS, INC., LONE WOLF INSURANCE SERVICES, INC., ELDO INVESTMENTS, LLC, THE GENESIS LS FUND, LLC, KTL HOLDINGS, INC., DRVN HOLDINGS, LLC, LIFE SHARES 1019, LLC, STEFAN LEER, TATANISHA LEER, CAP FACTOR, LLC and FRED STEVENS as Court-Appointed Temporary Receiver,<br>                              Defendants. | 23-cv-8570 (DEH)<br><br>**PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the court, defendant Spin Capital, LLC substitutes Avery Samet (State Bar No. 4245965) of Amini LLC, as counsel of record in place of Jason DeJonker, James Sullivan and James Yu of Seyfarth Shaw LLP.

Contact information for new counsel is:

>  Firm Name: Amini LLC
>
>  Address: 131 West 35th Street, 12th Floor, New York, NY 10001
>
>  Tel: (212) 490-4700
>
>  Fax: (212) 497-8222
>
>  Email: asamet@aminillc.com

| | |
|---|---|
| I consent to the above substitution.<br><br>Date: April 3, 2024 | Spin Capital, LLC<br><br>_____<br>Avrumi (Josh) Lubin<br>Manager |
| I consent to being substituted.<br><br>Date: April 3, 2024 | Seyfarth Shaw LLP<br><br>/s/ Jason DeJonker<br>Jason DeJonker<br><br>/s/ James Sullivan<br>James Sullivan<br><br>/s/ James Yu<br>James Yu |
| I consent to the above substitution.<br><br>Date: April 3, 2024 | Amini LLC<br><br>/s/ Avery Samet<br>Avery Samet |

The substitution of attorney is hereby approved and so ORDERED.

Date: April 5, 2024

_____
Hon. Dale E. Ho
United States District Judge
New York, New York