UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRIGHTHOUSE LIFE INSURANCE COMPANY,

        Plaintiff,

                                    Case No.: 1:23-cv-08570-DEH

   v.

SPIN CAPITAL, LLC;
GOLDEN FOOTHILL INSURANCE SERVICES, LLC;
LIFE FACTOR II, LLC;
LIFE SHARES II, LLC;
EL DORADO HILLS INSURANCE SOLUTIONS, INC.;
LONE WOLF INSURANCE SERVICES, INC.;
ELDO INVESTMENTS, LLC;
THE GENESIS LS FUND, LLC;
KTL HOLDINGS, INC.;
DRVN HOLDINGS, LLC;
LIFE SHARES 1019, LLC;
STEFAN LEER;
TATANISHA LEER;
CAP FACTOR, LLC;
MICHAEL TRUSNER;
DAVA TRUSNER; and
FRED STEVENS, AS
COURT-APPOINTED TEMPORARY RECEIVER,

        Defendants.
-----------------------------------------------------------X

## NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CAP FACTOR, LLC

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Default Judgment Against Defendant Cap Factor, LLC; the Declaration of Michelle J. d'Arcambal and the exhibits annexed thereto; and all other papers and proceedings herein, Plaintiff Brighthouse Life Insurance Company ("Brighthouse"), by and through its attorneys, hereby respectfully moves this Court, before the Honorable Dale E. Ho,

Untied States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for entry of an Order, pursuant to the Individual Rules and Practices of this Court, Local Civil Rule 55.2(b) and Federal Rule of Civil Procedure 55(b)(2), entering Default Judgment against non-appearing Defendant Cap Factor, LLC with respect to the relief sought by the Company in its Complaint in Interpleader.

**PLEASE TAKE FURTHER NOTICE THAT** that a proposed Order is also submitted herewith.

Dated: April 26, 2024
      New York, NY

      Respectfully submitted,

      **d'ARCAMBAL OUSLEY &**
      **CUYLER BURK LLP**
      */s/Michelle J. d'Arcambal*
      Michelle J. d'Arcambal
      40 Fulton Street, Suite 1501
      New York, NY  10038
      (212) 971-3175
      (212) 971-3176 (fax)
      mdarcambal@darcambal.com

      *Attorneys for Plaintiff*
      *Brighthouse Life Insurance Company*

**CERTIFICATE OF SERVICE**

    I, Michelle J. d'Arcambal, an attorney duly admitted to practice law in the Courts of the State of New York, hereby certify that on April 26, 2024, I electronically filed a copy of the foregoing ***Motion for Default Judgment Against Defendant Cap Factor, LLC*** with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to all parties of record.

    I further certify that I caused a true and correct copy of the foregoing document and notice of electronic filing via first-class mail upon the following non-CM/ECF party defendant(s):

Daniel Pohlman, Esq.
Pryor Cashman LLP
*Attorney for Defendant Cap Factor, LLC*
7 Times Square, 40th Floor
New York, NY 10036
Tel: (212) 326-0823
Email: dpohlman@pryorcashman.com

                                              /s/ Michelle J. d'Arcambal
                                              Michelle J. d'Arcambal