UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BRIGHTHOUSE LIFE INSURANCE COMPANY,

       Plaintiff,       23-cv-8570-DEH

 -against-

SPIN CAPITAL, LLC;          NOTICE OF MOTION
GOLDEN FOOTHILL INSURANCE SERVICES, LLC;
LIFE FACTOR II, LLC;
LIFE SHARES II, LLC;
EL DORADO HILLS INSURANCE SOLUTIONS, INC.;
LONE WOLF INSURANCE SERVICES, INC.;
ELDO INVESTMENTS, LLC;
THE GENESIS LS FUND, LLC;
KTL HOLDINGS, INC.;
DRVN HOLDINGS, LLC;
LIFE SHARES 1019, LLC;
STEFAN LEER;
TATANISHA LEER;
CAP FACTOR, LLC;
MICHAEL TRUSNER;
DAVA TRUSNER; and
FRED STEVENS, AS COURT-APPOINTED
TEMPORARY RECEIVER,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  PLEASE TAKE NOTICE that upon the Declaration of Peter M. Levine dated May 1, 2024, the exhibits thereto, and all prior proceedings and all papers filed herein, proposed intervenors Stephen Marik Brockman, Aaron Davison, Neilesh Desai, Jennifer Pursley, Michael Schwartz, Sheila Schwartz, The Charissa & Toney Trust, The Charissa Toney Living Trust, Matthew Troy, and American River Ag, Inc. (the "1019 Investor Group") shall move this Court, before Hon. Dale E. Ho, District Court Judge, at the United States Courthouse, 40 Foley Square, Courtroom 905, New York, New York 10007, on a date and at a time to be set by the Court, for an Order pursuant to Rule 11 of the Federal Rules of Civil Procedure imposing sanctions against Michelle J. D'Arcambal, Esq., Tiffany C. Millioen, Esq., and their law firm, d'Arcambal Ousley & Cuyler Burk LLP; awarding to the 1019 Investor Group its costs and disbursements of this motion, including reasonable counsel fees; and

granting to the 1019 Investor Group such other and further relief the Court deems just and proper.

Dated: New York, New York
      May 1, 2024

                                              */s/ Peter M. Levine*
                                        PETER M. LEVINE (PML-7630)
                                        Attorney for the 1019 Investor Group
                                        444 Madison Avenue, Suite 410
                                        New York, New York 10022
                                        212-599-0009