UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY<br>　　　　　　　　　　Plaintiff<br>v.<br>SPIN CAPITAL, LLC et al<br>　　　　　　　　　　Defendants. | 23-cv-8570 (DEH) |

### **ORDER GRANTING JOINT MOTION FOR INTERPLEADER DISBURSEMENT**

Upon the joint motion for interpleader disbursement (ECF #117) made by (1) plaintiff Spin Capital, LLC, (2) defendants DRVN Holdings, LLC, ELDO Investments, LLC, El Dorado Hills Insurance Solutions, Inc., Golden Foothill Insurance Services, LLC, KTL Holdings, Inc., Stefan Leer, Tatanisha Leer, Life Factor II, LLC, Life Shares 1019, LLC, Life Shares II, LLC, Lone Wolf Insurance Services, Inc. and The Genesis LS Fund, LLC (together, the "Leer Defendants") and (3) Fred Stevens, the court-appointed receiver ("Receiver") in the action titled Spin Capital, LLC v. Golden Foothill Insurance Services, LLC et al Sup. Ct. N.Y. Co. Index No. 650582/2022 ("State Court Action"); and upon the Leer Defendants' letter dated December 5, 2024 representing that interpleader disbursement will likely facilitate settlement discussions; now, therefore, it is hereby:

ORDERED that the Clerk of Court shall remit to the Receiver, via electronic transfer and following the Receiver's submission of his banking and tax information to the Clerk of Court, the amount of the interpleader deposit made herein ($9,388,602.74), plus income earned on said deposit from and after February 29, 2024, the date said deposit was made, less a fee equal to ten percent (10%) of the income earned on said deposit, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office; and it is further

ORDERED that the Receiver shall disburse funds paid to him pursuant to this Order as directed in the State Court Action; provided, however, that pending determination by this Court of the motion of Brighthouse Life Insurance Company ("Brighthouse") for discharge, dismissal and other relief in interpleader including attorneys' fees (ECF #86), the Receiver shall reserve and not distribute the $549,166.21 in attorneys' fees and sanctions requested by Brighthouse in said motion; and it is further

ORDERED that this Court shall retain jurisdiction to interpret, implement and enforce the terms of this Order.

Dated: New York, NY
       December 20, 2024

                                              _____
                                              Hon. Dale E. Ho
                                              United States District Judges

The Clerk of Court is respectfully directed to enter this Order in place of ECF No. 123 and, accordingly, to strike the Court's Order at Docket No. 123.